# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FREDERICK PENNINGTON JR.**                                                                                   **PLAINTIFF**
**ADC #071305**

v.                                    No: 4:20-cv-01420 BRW

**R. WATSON,** *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Based on the order today, judgment is entered dismissing this case without prejudice. An *in forma pauperis* appeal from this judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of January, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE